Form Number LR 3015-1 A (12/15)

AMENDED CHAPTER 13 PLAN

Case No. 16-71638

Debtor(s): Paula Leane Brackner    SS#: xxx-xx-7594    Net Monthly Earnings: $1,420.00

SS#:    Number of Dependents: 1

I. Plan Payments:

( ) Debtor(s) propose to pay direct a total of $ _____ [ ] weekly [ ] bi-weekly [ ] semi-monthly [ ] monthly into the plan; or

( X ) Payroll deduction Order: To    KidZone Discovery Center 5990 McAshan Drive McCalla, AL 35111 Attn: Pay Roll Dept    for
$ 656.00 [ ] weekly [✓] bi-weekly [ ] semi-monthly [ ] monthly.

Length of plan is __60__ months, and the total debt to be paid through the plan is $__71,400.00__.

[✓] Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |

B. Total Attorney Fee: $__3,250.00__. $__700.00__ paid pre-petition; $__1,280.00__ to be paid at confirmation and $__55.00__ per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Citimortgage | $20,870.27 | [ ] by Trustee [✓] by Debtor $314.78 | September 2016 | $0.00 | 0 | 0.00% | $0.00 |
| Ditech Financial LLC | $69,944.12 | [ ] by Trustee [✓] by Debtor $1,315.32 | October 2016 | $18,044.97 | 12 | 0.00% | $430.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Ally Financial | $152.00 | $18,512.19 | $15,175.00 | $0.00 | 2014 Honda Civic | 5.00% | $384.00 | upon confirmation |
| One Main Financial | $152.00 | $18,498.44 | $15,150.00 | $0.00 | 2013 Honda Accord Sport | 5.00% | $384.00 | upon confirmation |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |

IV. Special Provisions (check all applicable boxes):

[ ] This is an original plan.

[✓] This is an amended plan replacing plan dated **10-27-2016**.

[✓] This plan proposes to pay unsecured creditors __100__ %.

[✓] Other Provisions:
1. Debtor will continue to pay pre- and post-petition service debts to Green Pond Water #xxx8, in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under Section 366 of the US Bankruptcy code. All other pre-petition service debts not specifically described in this paragraph 1 shall be paid pursuant to debtor's Chapter 13 plan. Debtor acknowledges and agrees that the automatic stay does not bar a utility's efforts to collect pre & post-petition utility service debts which are being paid directly by the debtor.
2. On any claim not listed on the Plan Summary, other than an arrearage claim for post-1994 mortgage, that is later determined to be a secured claim, the Debtor proposes that interest at the annual percentage rate of 5% be paid on the secured portion of said claim and that said claim will receive a fixed payment based on an amortization over the length of the plan.
3. Debtor reserves the right to amend this plan to add post-petition mortgage arrearage.
4. Debtor moves to assume her executory contract with AT and T.
5. Debtor proposes to pay a default interest rate of 5% to filed and allowed unsecured claims.
6. Ditech is the mortgage servicer for the Debtor's first mortgage relating to 20455 Hepzibah Church Road, McCalla, AL 35111. The automatic stay will automatically terminate with respect to Ditech's claim on 11/1/2020 unless the parties obtain court approval to modify, refinance, or otherwise restructure the debt whereby the maturity date of the mortgage extends beyond the debtor's chapter 13 plan.

Attorney for Debtor Name/Address/Telephone #
S. Scott Allums

506 North 18th Street
Bessemer, AL 35020

Telephone # 205-426-7080

Dated: 11/30/2016

Paula Leane Brackner
Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| PAULA LEANE BRACKNER | ) | CASE NO. 16-71638 |
| | ) | |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Amended Chapter 13 Plan* has been served upon all creditors and the following by placing a copy of same in the United States mail, properly addressed and first-class postage prepaid OR via the Court's electronic mailing service (CM/ECF) on this the 1st day of December, 2016.

C. David Cottingham
Chapter 13 Standing Trustee
P. O. Drawer 020588
Tuscaloosa, AL 35402
dcottingham13@ecf.epiqsystems.com, via CM/ECF Noticing Service
dcottingham@ch13tuscaloosa.com, via CM/ECF Noticing Service


Creditor Matrix

/s/ S. Scott Allums
Of Counsel

```
Label Matrix for local noticing        DITECH FINANCIAL LLC                 U. S. Bankruptcy Court
1126-7                                 PO BOX 0049                          2005 University Blvd., Room 2300
Case 16-71638-JHH13                    PALATINE, IL 60055-0049              Tuscaloosa, AL 35401-1546
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Thu Oct 27 09:34:13 CDT 2016

AT and T Mobility                      Alabama Power Company                Ally Financial
P.O. Box 536216                        P. O. Box 12465                      Ally Automotive Financing
Atlanta, GA 30353-6216                 Birmingham, AL 35202-2465            P. O. Box 380901
                                                                            Bloomington, MN 55438-0901

Ally Financial                         Ally Financial                       CT Corporation
PO Box 130424                          c/o Ally Servicing, LLC              1209 Orange Street
Roseville MN 55113-0004                P. O. Box 130424                     Wilmington, DE 19801-1120
                                       Roseville, MN 55113-0004

Capital One                            Capital One Auto Finance             Citifinancial Mortgage
P. O. Box 30281                        PO BOX 259407                        P.O. Box 790027
Salt Lake City, UT 84130-0281          Plano, TX 75025-9407                 O Fallon, MO 63368

Citimortgage                           Ditech Financial LLC                 Equifax Credit Information
P.O. Box 6279                          P.O.Box 6172                         Services, Inc
Sioux Falls, SD 57117-6279             Rapid City, SD 57709-6172            P. O. Box 740241
                                                                            Atlanta, GA 30374-0241

Experian                               Green Pond Water System              Household Automotive Financial
P.O. Box 4500                          19639 Eastern Valley Road            Cbr Dept.
Allen, TX 75013-1311                   Green Pond, AL 35074                 P.O. Box 961245
                                                                            Fort Worth, TX 76161-0244

Internal Revenue Service               One Main Financial                   One Main Financial
Centralized Insolvency Operations      100 Frankfurt Circle                 679 9th Avenue SW
P.O. Box 7346                          Birmingham, AL 35211-6970            Bessemer, AL 35022-4503
Philadelphia, PA 19101-7346

OneMain                                OneMain Financial                    Rise Credit
PO Box 3251                            6801 Colwell Blvd.                   4150 International Plaza STE 400
Evansville, IN 47731-3251              Irving, TX 75039-3198                Fort Worth, TX 76109-4819

Rise Credit                            Sirote & Permutt, P.C.               (p)SPRINGLEAF FINANCIAL SERVICES
P.O.Box 101808                         P. O. Box 55727                      P O BOX 3251
Fort Worth, TX 76185-1808              Birmingham, AL 35255-5727            EVANSVILLE IN 47731-3251

State of Alabama                       TransUnion                           U. S. Attorney
Legal Division Dept. of Revenue        P. O. Box 2000                       1801 Fourth Avenue, North
P.O. Box 320001                        Chester, PA 19022-2000               Birmingham, AL 35203-2101
Montgomery, AL 36132-0001
```

C David Cottingham  
Chapter 13 Standing Trustee  
701 22nd Avenue, Suite 4  
P O Drawer 020588  
Tuscaloosa, AL 35402-0588

Paula Leane Brackner  
20455 Hepzibah Church Road  
Mc Calla, AL 35111-1567

S Scott Allums  
506 North 18th Street  
Bessemer, AL 35020-4818

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Springleaf Financial Services  
700 Academy Drive, Ste. 100  
Bessemer, AL 35022

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     0  
Total                  32